Jul. 27. 2020 4:22PM　　WILLIAMSON FONTENOT CAMPBELL　　Jul 27 2020 04:27pm　　P002

61030987

INDEXED

New Suit

**PATRICIA SMITH**　　DOCKET NO. _____ DIV. "D"

**VERSUS**　　15TH JUDICIAL DISTRICT COURT

**WALMART, INC., D/B/A WALMART SUPERCENTER**　　DIV. "D"　　PARISH OF LAFAYETTE
STATE OF LOUISIANA

---

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes **PATRICIA SMITH**, a person of the full age of majority, domiciled in the Parish of Lafayette, State of Louisiana, who respectfully represents the following:

1.

Made Defendant herein is:

    A.    **WALMART, INC., D/B/A WALMART SUPERCENTER**, a foreign corporation domiciled in the State of Delaware, authorized to do and doing business in the State of Louisiana, which can be served through its agent for service of process, CT Corporation System, 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816;

which is indebted unto Plaintiff for the following, to wit:

2.

On or about August 5, 2019, Plaintiff, **PATRICIA SMITH**, was a patron of WALMART SUPERCENTER, located at 2428 W. Pinhook Road, Lafayette, LA 70508, within the jurisdictional territory of this court.

3.

Upon information and belief, WALMART SUPERCENTER is owned and operated by Defendant, **WALMART, INC.**

FAX FILED THIS 27 DAY OF July, 2020 AT 4:12 A.M./P.M.
Deputy Clerk of Court

4.

On or about August 5, 2019, as **PATRICIA SMITH** was shopping for groceries within the WALMART SUPERCENTER, she slipped on a broken egg and fell, catching herself awkwardly on her shopping cart, resulting in bodily injuries, damages, and losses.

5.

Upon information and belief, the referenced incident was directly and proximately caused by the negligence and\or fault of Defendant, **WALMART, INC.**, through its agents, employees, or assigns, in the following non-exclusive particulars:

    A)    Creating an unreasonable risk of harm;

FAX

Certified True and Correct Copy
CertID: 2020080600175

Kyle Rochl
Lafayette Parish
Deputy Clerk of Court

Generated Date:
8/6/2020 2:05 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EXHIBIT A

B) Failing to do what it should have done and see what it should have seen in order to avoid accidents of this type;

C) Failing to maintain its shopping aisles to ensure that a hazardous condition did not create a dangerous condition which could result in injuries of this type;

D) Having actual or constructive notice of the dangerous condition in the aisles and failing to take reasonable measures to remedy the condition;

E) In failing to ensure that patrons were warned of a hazardous condition located in its aisles; and

F) All other acts of negligence and\or fault which may be set forth at trial of this matter.

6.

At all times pertinent herein, **WALMART, INC.**, had custody or control over the shopping aisles, shelving units, and products thereon, the defective and/or dangerous condition of which was the proximate cause of the accident giving rise to this litigation.

7.

Based on the foregoing, **WALMART, INC.**, is therefore liable unto Plaintiff, **PATRICIA SMITH**, for the injuries sustained by her in said accident, which are itemized and set out hereafter.

8.

As a direct and proximate result of the fault and\or negligence of the defendant, **WALMART, INC.**, in causing the aforementioned accident, Petitioner, **PATRICIA SMITH**, suffered injuries including, but not limited to, injuries to her right shoulder, right hip, both wrists, and lower back.

9.

As a direct and proximate result of the negligence of the defendant, **WALMART, INC.**, Petitioner, **PATRICIA SMITH**, suffered the following non-exclusive damages:

A) Pain and suffering (past, present, and future);

B) Mental anguish and emotional distress;

C) Loss of enjoyment of life;

D) Medical Expenses (past, present, and future);

E) Lost wages; and

F) Any and all other damages to be set forth at the time of trial of this matter.

Certified True and Correct Copy
CertID: 2020080600175

Lafayette Parish
Deputy Clerk of Court

Generated Date:
8/6/2020 2:05 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**WHEREFORE**, Petitioner, **PATRICIA SMITH**, prays that the defendant, **WALMART, INC., D/B/A WALMART SUPERCENTER**, be served with a copy of this Petition for Damages and be cited to appear and answer the same; and that after all legal delays and due proceedings are had, there be judgment rendered herein in favor of the plaintiff, **PATRICIA SMITH**, and against the defendant, **WALMART, INC., D/B/A WALMART SUPERCENTER**, for all damages reasonable under the premises, judicial interest from the date of judicial demand, all costs of these proceedings, and for all general and equitable relief as allowed by law.

**PETITIONER FURTHER PRAYS** for all necessary orders and decrees as may be necessary or required for full, general, and equitable relief.

Respectfully submitted,

**WILLIAMSON FONTENOT CAMPBELL & WHITTINGTON, LLC**

**ROBERT L. CAMPBELL**
Bar Roll No. 20986
955 McClung Street
Baton Rouge, LA 70802
P.O. Box 3035
Baton Rouge, LA 70821
225.383.4010
*Counsel for Plaintiff*

**PLEASE SERVE:**

**WALMART, INC., D/B/A WALMART SUPERCENTER**
*Through its agent for service of process:*
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

FAX FILED THIS 27
DAY OF July 20 20
_____
Deputy Clerk of Court

Certified True and
Correct Copy
CertID: 2020080600175

Kyle Roche

Lafayette Parish
Deputy Clerk of Court

Generated Date:
8/6/2020 2:05 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Lafayette Parish
Filed Jul 31, 2020
Maria Arceneaux
Deputy Clerk of Court

C-20203623
D

| | |
|---|---|
| PATRICIA SMITH | DOCKET NO. 20203623  DIV. "D" |
| VERSUS | 15TH JUDICIAL DISTRICT COURT |
| | PARISH OF LAFAYETTE |
| WALMART, INC., D/B/A WALMART SUPERCENTER | STATE OF LOUISIANA |

New Suit

DIV. "D"

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes **PATRICIA SMITH**, a person of the full age of majority, domiciled in the Parish of Lafayette, State of Louisiana, who respectfully represents the following:

1.

Made Defendant herein is:

  A. **WALMART, INC., D/B/A WALMART SUPERCENTER**, a foreign corporation domiciled in the State of Delaware, authorized to do and doing business in the State of Louisiana, which can be served through its agent for service of process, CT Corporation System, 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816;

which is indebted unto Plaintiff for the following, to wit:

2.

On or about August 5, 2019, Plaintiff, **PATRICIA SMITH**, was a patron of WALMART SUPERCENTER, located at 2428 W. Pinhook Road, Lafayette, LA 70508, within the jurisdictional territory of this court.

3.

Upon information and belief, WALMART SUPERCENTER is owned and operated by Defendant, **WALMART, INC.**

4.

On or about August 5, 2019, as **PATRICIA SMITH** was shopping for groceries within the WALMART SUPERCENTER, she slipped on a broken egg and fell, catching herself awkwardly on her shopping cart, resulting in bodily injuries, damages, and losses.

5.

Upon information and belief, the referenced incident was directly and proximately caused by the negligence and\or fault of Defendant, **WALMART, INC.**, through its agents, employees, or assigns, in the following non-exclusive particulars:

  A) Creating an unreasonable risk of harm;

Certified True and Correct Copy
CertID: 2020080600176

Lafayette Parish
Deputy Clerk of Court

Generated Date:
8/6/2020 2:06 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

B) Failing to do what it should have done and see what it should have seen in order to avoid accidents of this type;

C) Failing to maintain its shopping aisles to ensure that a hazardous condition did not create a dangerous condition which could result in injuries of this type;

D) Having actual or constructive notice of the dangerous condition in the aisles and failing to take reasonable measures to remedy the condition;

E) In failing to ensure that patrons were warned of a hazardous condition located in its aisles; and

F) All other acts of negligence and\or fault which may be set forth at trial of this matter.

6.

At all times pertinent herein, **WALMART, INC.**, had custody or control over the shopping aisles, shelving units, and products thereon, the defective and/or dangerous condition of which was the proximate cause of the accident giving rise to this litigation.

7.

Based on the foregoing, **WALMART, INC.**, is therefore liable unto Plaintiff, **PATRICIA SMITH**, for the injuries sustained by her in said accident, which are itemized and set out hereafter.

8.

As a direct and proximate result of the fault and\or negligence of the defendant, **WALMART, INC.**, in causing the aforementioned accident, Petitioner, **PATRICIA SMITH**, suffered injuries including, but not limited to, injuries to her right shoulder, right hip, both wrists, and lower back.

9.

As a direct and proximate result of the negligence of the defendant, **WALMART, INC.**, Petitioner, **PATRICIA SMITH**, suffered the following non-exclusive damages:

A) Pain and suffering (past, present, and future);

B) Mental anguish and emotional distress;

C) Loss of enjoyment of life;

D) Medical Expenses (past, present, and future);

E) Lost wages; and

F) Any and all other damages to be set forth at the time of trial of this matter.



Certified True and
Correct Copy
CertID: 2020080600176

_Kyle Roch_
Lafayette Parish
Deputy Clerk of Court

Generated Date:
8/6/2020 2:06 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

WHEREFORE, Petitioner, PATRICIA SMITH, prays that the defendant, WALMART, INC., D/B/A WALMART SUPERCENTER, be served with a copy of this Petition for Damages and be cited to appear and answer the same, and that after all legal delays and due proceedings are had, there be judgment rendered herein in favor of the plaintiff, PATRICIA SMITH, and against the defendant, WALMART, INC., D/B/A WALMART SUPERCENTER, for all damages reasonable under the premises, judicial interest from the date of judicial demand, all costs of these proceedings, and for all general and equitable relief as allowed by law.

PETITIONER FURTHER PRAYS for all necessary orders and decrees as may be necessary or required for full, general, and equitable relief.

Respectfully submitted,

WILLIAMSON FONTENOT CAMPBELL
& WHITTINGTON, LLC

ROBERT L. CAMPBELL
Bar Roll No. 20986
955 McClung Street
Baton Rouge, LA 70802
P.O. Box 3035
Baton Rouge, LA 70821
225.383.4010
*Counsel for Plaintiff*

PLEASE SERVE:

WALMART, INC., D/B/A WALMART SUPERCENTER
*Through its agent for service of process:*
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816



Certified True and Correct Copy
CertID: 2020080600176

Lafayette Parish
Deputy Clerk of Court

Generated Date:
8/6/2020 2:06 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).